■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY REISS, Also Known as RANDY A. REISS, Appellant. [940 NYS2d 516]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 28, 2011. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.